# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

September 18, 2025

Lyle W. Cayce
Clerk

No. 25-50101
Summary Calendar

———————————

UNITED STATES OF AMERICA,

*Plaintiff—Appellee*,

*versus*

OMAR PIZARRO-ESPINOZA,

*Defendant—Appellant*,

CONSOLIDATED WITH

———————————

No. 25-50110
Summary Calendar

———————————

UNITED STATES OF AMERICA,

*Plaintiff—Appellee*.

*versus*

OMAR PIZARO-ESPINOZA

—————————————————————

Appeals from the United States District Court
for the Western District of Texas
USDC Nos. 4:24-CR-230-2, 4:22-CR-534-2

—————————————————————

Before CLEMENT, RICHMAN, and WILLETT, *Circuit Judges*.

PER CURIAM:[*]

The attorney appointed to represent Omar Pizarro-Espinoza has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Pizarro-Espinoza has not filed a response. We have reviewed counsel's brief and the relevant portions of the records reflected therein. We concur with counsel's assessment that the appeals present no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeals are DISMISSED. *See* 5TH CIR. R. 42.2.

—————————————————

[*] This opinion is not designated for publication. *See* 5TH CIR. R. 47.5.